# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: Cathy L Waldor, U.S.M.J. |
| v. | Criminal NO.: 13-495-1 |
| Giuseppe Giudice | DATE OF PROCEEDINGS: 7/30/13 |
| | DATE OF ARREST: _____ |

PROCEEDINGS: ___ Initial Hearing ___

(✓) COMPLAINT
(✓) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL:  ___ AFPD   ___ CJA
( ) WAIVER OF HRG.:  ___ PRELIM  ___ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:  ___ GUILTY  ___ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
    ( ) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.
( ) DETENTION / BAIL HRG.
( ) TRIAL:  ___ COURT   ___ JURY
( ) SENTENCING
( ) OTHER: Arraignment 8/14/13 2:30 pm

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

APPEARANCES:

AUSA _____ J. Romankow _____

DEFT. COUNSEL _____ Miles Feinstein _____

PROBATION _____

INTERPRETER _____
    Language: (  )

Time Commenced: 10:22 AM
Time Terminated: 10:30 AM
CD No: ECF

_Timothy Gorman_
DEPUTY CLERK