# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

### Minutes of Proceedings

Judge:__**Esther Salas**_____        __OCTOBER 2, 2014___
                                          Date of proceedings

Court Reporter:__Lynne Johnson__

Deputy Clerk:__Philip Selecky__

**Title of Case:**              Docket #_**Cr. 13-495-01 & 02 (ES)**_

U.S.A. v. Giuseppe Giudice & Teresa Giudice

**Appearance:**
Jonathan Romankow, AUSA, & Rachael Honig, AUSA, for the govt.
Miles Feinstein, Esq, John Saykanic, Esq, for deft, Giuseppe
Giudice.
Henry Klingeman, Esq, Ernesto Cerimele, Esq, & Eric Breslin, Esq,
for deft, Teresa Giudice.

**Nature of Proceedings:** SENTENCING
Ordered that the Court will not consider anonymous letters or phone
calls from the public in regards to sentencing.
Hearing on defendant's objections to the PSR.
Ordered Guideline Range as to defendant Giuseppe Giudice is as
follows. Total Offense Level 21 and Criminal History Category I.
Ordered Guideline Range as to defendant Teresa Giudice is as
follows. Total Offense Level of 16 and Criminal History Category I.

Sentence of defendant Giuseppe Giudice.
Imprisonment for a term of 41 months on each of counts 1, 15, 22 &
36 and 12 months on count 37 to run concurrently.
Supervised release for a term of 2 years on each of counts 1, 15,
22 & 36 and 1 year on count 37 to run concurrently.
Additional conditions of supervised release.
1) Cooperate with Immigration & Custom Enforcement.
2) Refrain from alcohol and drugs.
3) Cooperate with the Internal Revenue Service.
4) Self-Employment/Business Disclosure.
5) Maintain separate personal and business bank accounts.
Restitution: $414,588.90.
Fine: $10,000.00.
The Court will recommend a facility close to the defts, residence
and an alcohol treatment program to the BOP.
The defendant shall voluntarily surrender after the completion of

the term of imprisonment of co-deft, Cr. 13-495-02 (ES) U.S.A. v. Teresa Giudice.
Ordered counts 2 through 14, 16, 18, 19, 21, 24, 25, 27 through 35, 38, 39, 40 & 41 of the Superseding Indictment dismissed.
Ordered bail continued.
Lunch Recess from 1:25 p.m., to 2:05 p.m.

Sentence of defendant Teresa Giudice.
Hearing on the defts, motion for a downward departure due to extraordinary family circumstances. Ordered motion denied.
Hearing on the defts, application for a variance.
Ordered application granted. The court granted a 2 level departure.
Sentence: Imprisonment for a term of 15 months on each of counts 1, 15, 23 & 36 to run concurrently.
Supervised Release for a term of 2 years on each of counts 1, 15, 23 & 36 to run concurrently.
Additional conditions of supervised release.
1) Cooperate with the IRS.
2) New Debt restrictions.
3) Self-Employment/Business Disclosure.
4) Maintain separate personal and business bank accounts.
Fine: $8,000.00.
Restitution: $414,588.90.
Ordered the defendant to voluntarly surrender on 1-5-15.
The Court will recommend an institution close to the defts, home address.
Ordered counts 2 through 14, 16 through 21 and 26 through 35 of the Superseding Indictment dismissed.
Ordered bail continued.

Time Commenced: 10:00 a.m. - 2:05 p.m.
Time Adjourned:  1:25 p.m. - 4:50 p.m.
Total Time: 6.10

Philip Selecky, Deputy Clerk